IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LARRY PETER PARROTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IDAHO DEPARTMENT OF CORRECTION, ) <br> BOARD OF CORRECTION, ATTORNEY ) <br> GENERAL, PAROLE COMMISSION, ) <br> OLIVIA CRAVEN, and RANDY BLADES, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV-07-225-S-BLW <br><br> **JUDGMENT** |

On July 3, 2007, the Court entered an Order dismissing this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED in its entirety.

DATED: **July 3, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**